1 **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Michael W. Pott, SBN 186156
   Brendan J. Begley, SBN 202563
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendant
6  REGENTS OF THE UNIVERSITY OF CALIFORNIA

7  Jill P. Telfer
   **LAW OFFICES OF JILL P. TELFER**
8  A Professional Corporation
   331 J Street, Suite 200
9  Sacramento, CA  95814

10 Attorney for Plaintiff
   STEVAN VALADEZ
11

12                       UNITED STATES DISTRICT COURT

13                       EASTERN DISTRICT OF CALIFORNIA

| STEVAN VALADEZ, | CASE NO. CIV.S-03-0433 WBS/GGH |
|---|---|
| Plaintiff, | **PROPOSED ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, THE FINAL PRETRIAL CONFERENCE, AND THE TRIAL DATE** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DOES 1 through 20, inclusive | |
| Defendant. / | |

20   THE COURT, having considered the STIPULATION OF THE PARTIES TO
21 CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY
22 JUDGMENT, THE FINAL PRETRIAL CONFERENCE, AND THE TRIAL DATE
23 ("Stipulation"), and good cause appearing therefore, hereby approves the Stipulation and
24 orders the Status (Pre-Trial Scheduling) Order of May 10, 2004, as amended by orders
25 entered on August 30 and November 16, 2004, and on January 20 and March 4, 2005, to be
26 modified as follows:
27   The hearing on Defendant's Motion for Summary Judgment is continued until May
28

1

**Proposed Order to Continue the Hearing on Defendant's Motion for Summary Judgment, the
Final Pretrial Conference, and the Trial Date**
00358802.WPD

1  31, 2005 at 1:30 pm.  The deadline for Plaintiff to file papers in opposition to Defendant's
2  Motion for Summary Judgment or Summary Adjudication shall be May 9, 2005, and the
3  deadline for Defendant to file reply papers in support of said motion shall be May 23, 2005.
4  The Final Pretrial Conference shall be rescheduled to take place on August 1, 2005, at 10:00
5  a.m., and the trial will be postponed to commence on September 20, 2005 at 9:00 am.
6  Dated: April 25, 2005

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

28  **CASE NAME:**     <u>**Valadez v. Regents, et al.**</u>

2

**Proposed Order to Continue the Hearing on Defendant's Motion for Summary Judgment, the Final Pretrial Conference, and the Trial Date**

00358802.WPD

1  CASE NO.:  U.S.D.C., Eastern District Case No. CIV. S-03-0433 WBS GGH

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On the date below, I served the following:

**PROPOSED ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, THE FINAL PRETRIAL CONFERENCE, AND THE TRIAL DATE**

XX   **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

**BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed below.

**BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below.

XX   **BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile transmission from (916) 927-3706 to (916) 446-1726.

Jill P. Telfer
**LAW OFFICES OF JILL P. TELFER**
331 J Street, Suite 200
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April___, 2005

_____
Cindy Cannon

3

**Proposed Order to Continue the Hearing on Defendant's Motion for Summary Judgment, the Final Pretrial Conference, and the Trial Date**
00358802.WPD