1 **PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
2 Michael W. Pott, SBN 186156
Brendan J. Begley, SBN 202563
3 350 University Avenue, Suite 200
Sacramento, California 95825
4 (916) 929-1481
(916) 927-3706 (facsimile)
5
Attorneys for Defendant
6 REGENTS OF THE UNIVERSITY OF CALIFORNIA

7 Jill P. Telfer
**LAW OFFICES OF JILL P. TELFER**
8 A Professional Corporation
331 J Street, Suite 200
9 Sacramento, CA 95814

10 Attorney for Plaintiff
STEVAN VALADEZ
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVAN VALADEZ, | CASE NO. CIV.S-03-0433 WBS/GGH |
| Plaintiff, | **ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, DOES 1 through 20, inclusive | |
| Defendant. | |

THE COURT, having considered the STIPULATION OF THE PARTIES TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT("Stipulation"), and good cause appearing therefore, hereby approves the Stipulation and orders the Status (Pre-Trial Scheduling) Order of May 10, 2004, as amended by orders entered on August 30 and November 16, 2004, and on January 20 and March 4, and April 25, 2005, to be modified as follows:

The hearing on Defendant's Motion for Summary Judgment is continued until June 13, 2005, at 1:30 p.m. The deadline for Plaintiff to file papers in opposition to Defendant's

1

1  Motion for Summary Judgment or Summary Adjudication shall be May 13, 2005, and the
2  deadline for Defendant to file reply papers in support of said motion shall be May 27, 2005.
3
4  Dated: May 11, 2005
5
6  _____
   WILLIAM B. SHUBB
7  UNITED STATES DISTRICT JUDGE